# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHNATHAN JERRELL CALCOTA

NO. 2024 KW 0839

DECEMBER 16, 2024

---

In Re:  Johnathan Jerrell Calcota, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2202740.

---

BEFORE:  GUIDRY, C.J., PENZATO AND STROMBERG, JJ.

**WRIT NOT CONSIDERED.** All Uniform Rules relative to a document's content and format, except for provisions requiring binding, are applicable to documents to be EFiled. See Local Rule 2(D). Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(B), by failing to include in the affidavit the telephone numbers for the judge and opposing counsel and by failing to consecutively number the pages of the writ application. Counsel also failed to comply with Rule 4-5(C)(3), (5) and (10), by failing to include in the statement of the case the status of the case, assignments or specifications of error, and all the pertinent criminal court minutes. Moreover, although it is not a rule violation, we note that counsel failed to include a copy of the transcript of the proceedings held on April 9, 2024 and a copy of any exhibits introduced at the hearing. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                              AHP
                              TPS

        **Guidry, J.,** would grant the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT